Rev. 12/2018

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 1 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

Fraser McDonough Rutherford 338069
_Plaintiff's full name and prisoner number_

Plaintiff,

v.

Central Intelligence Agency,
Defense Intelligence Agency,
National Security Administration
_Defendant's/defendants' full name(s)_

Case No. **4:24-cv-05083-TOR**
(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS COMPLAINT**

Defendant(s).

Jury Demand?
☐ Yes
☑ No

(If you cannot fit all of the defendants' names
in the space provided, please write "see
attached" in the space above and attach
additional sheets of paper, as necessary, with
the full list of names.  The names listed here
must be identical to those in Section II.  Do
not include addresses here. **Individuals
whose names are not included in this
section will not be considered defendants in
this action.**)

## WARNINGS

1.     Do not use this form if you are challenging the validity of your criminal conviction or
your criminal sentence.  If you are challenging your conviction or sentence, or if you are seeking
restoration of good-time credits that would shorten your sentence, you must file a Petition for
Writ of Habeas Corpus.  If you use this form to challenge your conviction or sentence, you risk
having your claim dismissed.  Separate forms are available for filing a habeas petition.

2.     Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all
remedies in your institution's grievance system that are available to you before filing suit.  This
generally means that you must file a grievance and, if it is denied, appeal it through all available
levels of review.  Your case may be dismissed if you fail to exhaust administrative remedies,
unless the administrative grievance process was not "available" to you within the meaning of the
PLRA.  You are not required to plead or show that you have exhausted your claim in this
complaint.

Dear Justices this is an addendum to my 1983 petition against The CIA, DIA and NSA. I am not requesting any compensation for service rendered or for the opportunity to serve as POTUS through 2024 2026. I am not requesting financial relief in this suit I have numerous businesses.

Donald Trump is not qualified to be president of the United States - his criminal record is irrelevant because he did not act out of malice he is simply not a very smart person nor is he evidently able to defend himself and by proxy us. He was worth some 4 billion USD but taking into account inflation since 1967 4 billion is less than the 1 million his father gave him. He lost the election in 2020 because like Al Gore he failed to utilize American Justice. Where was Donald during Vietnam? We don't know his views on that war - we only know he opposed the Iraq war because

Page 1 of 7

it obfuscated Gores failure to hold W.
accountable.

The CIA, ~~DIA~~ Central Intelligence Agency —,
DIA Defense Intelligence Agency — and NSA National
Security Administration pass terrorist threats
because their malice structurally straddles the
gap between languages and idioms ~~it~~ ~~their~~ their
malice predicated on assuming who they spy
on act in Bad Faith.

Like Robert Fischer's decision to stop playing
chess after he successfully represented the
economy he and his opponent(s) were subject
to when he beat Boris Spassky paternalism
is proscribed as a function of the implicatins
of industrialization — charity, philanthropy as
a function of objective and subjective
community of perspective predicated on Art
in the Age of Mechanical Reproduction — the
difference is authority is a reflection of its
ground we cannot execute people where we
admit the parameters and premises of the

Page 2 of 7

admission to the possibility of these error absent malice have been factorialized. Joe Biden stole the 2020 election. But it was far worse than Rudi Guilani argued.

Intellectual property is at the center of free markets and the rule of law generally but I did it. I wrote Joe's strategy and policy in 2014 on the White House. gov. I knew Obama only pretended to read Americans letters. Is Obama a CIA vole? How was his mother British and his grandparents 'Her' parents American and how is Obama only sixty ish if they were I wrote Joe The Doctrine of Piety: Corinthians 1, 15:56 'The sting of Death is sin and the Law is the strength of sin.' Hebrews 9:16 'The power of the Law is that it lasts after men are dead.' I know Joe would take the bait. Representationgly alo Hegel weakness obliges our foes to resolve their problems independent of us — the war in Ukraine is a Slavic problem.

The ongoing conflict in the Middle East is a Semetic (Sons of Abraham) problem. Joe is incompetent but the Marines who died in Afghanistan died for their country, they died honorable deaths. Would you rather they hadn't? Would you rather we never fought the Taliban? Islam is the most beautiful religion in the world. Who would you rather fight? I want two more years in the White House. Or wherever I am. I lied about the number of times I used Marijuana when I enlisted in the US ARMY. According to State v. Blake I am a free man but six years six is the most stable and dynamic number. I am 42 years old 43 in October the number of the Universe or the meaning of Life. I was Sri Krishna, six pharoahs of Egypt, Cornwallace, Frederick Douglas, Donald Trump's father three times, Plato, Epictetus. I am an artist and business man, I believe psychoanalytic transference isn't consensual

between persons of the same gender and it's impossible to decieve someone of the same gender without being malicious but that civility is a function of deception and consent. I believe the implications are men should be in business and state. Women should be in religion and business. But for the next two years I'd like AOC Alexandria ~~Acosta~~ Ocaeia Cortez to be my vice president because Latinos need to have a more powerful representative than a man is capable of procuring. The Supreme court was correct in giving Donald immunity, as it is in giving Prime Ministers and Presidents the same protection because leadership requires behaving beyond a merely defensible. But Donald is not a leader— all of his charges are petty. E Jean Carrol like Kant is a mother of lies, I have no doubt she masterbates to my sin after the fact.

Page 5 of 7

I've never harmed anyone outside of self defense and you're not going to ever know the truth of that without losing your life as well. I never touched the Priest. I never stalked Nasset or Norman or Moore. The law mediates the circulation of capital and phenomena attributable to it. Weakness is strength representationally via Hegal. The Liar's paradox and String Theory provide us with a composite of political and legal agency — I am the King of England because according to Asnatcha, a person who claims innocence on pain of damnation is innocent and Ann Boleyn's father was Lord Rotchlord but like common law stare decisis token nobility is to some extent arbitrary. Based on education more than anything and Charles is in that respect much more fit than I and William too. My end game — I would like to reconcile with the UK — my end

game is the love of three kings at the U.N. Darren Wood Woodley (*Politics, reconstruct see Yung (Carl) & Campbell (Joseph) of King Solomon and descendant of King Abubari II the oldest line of nobility,) ~~Woo~~ Alex Sage Rogers (Military, Green Beret/Ranger MASTER SERGEANT *saved my life, rein-carnation of John Singer Sargent))) and Euler) and me (Legal/medical) my father is a criminal like Joe — I grew up in a muerta. Terrorists though like Jill and Joe not Hunter, are unable to simulate ebonics, affect and for. that matter malice. They are unable to reciprocate affect which is why Larry Kudlow and his Russian co author of Trump's economic policy worked. I have better policy but this is a token of consent. Placebo like all objective eFX is a function of affection. Joe ate Donald in 2020. He has the morality of a zombie. But Donald can't fight. And granted war as the Ukraine civil war has clearly shown isn't a street fight.

Page 7 of 7

3.      Please review your complaint carefully before filing.  If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee.  Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.      Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

|  | Do <u>not</u> include: | Instead, use: |
|---|---|---|
| • | a full social security number | → the last four digits |
| • | a full birth date | → the birth year |
| • | the full name of a minor | → the minor's initials |
| • | a complete financial account number | → the last four digits |

5.      At this stage of the proceeding, you need not submit exhibits, affidavits, grievances, witness statements, or any other materials with this complaint to the Clerk's Office.  Any documents you submit *must relate directly to the claims you raise in this lawsuit*.  They will become part of the court record and *will not be returned to you.*

---

## I.      PLAINTIFF INFORMATION

Rochford, Fraser, M / Words
_____
Name (Last, First, MI)                                    Aliases/Former Names

338069
_____
Prisoner ID #

Washington State Penitentiary
_____
Place of Detention

1313  13th  Avenue
_____
Institutional Address

Walla Walla, Walla Walla  Washington  99362
_____
County, City                          State              Zip Code

*Indicate your status:*

☐   Pretrial detainee                           ☑   Convicted and sentenced state prisoner
☐   Civilly committed detainee           ☐   Convicted and sentenced federal prisoner
☐   Immigration detainee

Page 2 of 9

## II.    DEFENDANT INFORMATION

*Please list the following information for each defendant.  If the correct information is not provided, it could delay or prevent service of the complaint.  Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1:    CIA office of Public Affairs
_____
Name (Last, First)
                Sarah Burns Acting Director
_____
Current Job Title
                Washington DC 20505
_____
Current Work Address

_____
County, City                State            Zip Code

Defendant 2:    _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                State            Zip Code

Defendant 3:    _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                State            Zip Code

## III.    STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you <u>must</u> specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). <u>If you do not specify the portion of the supporting document(s), the Court may disregard your document(s)</u>.*

### <u>COUNT I</u>

*Identify the first right you believe was violated and by whom:*

1.1    SEE ADDENDUM

_____

*State the <u>facts</u> of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2    _____

_____

_____

_____

_State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I.  Continue to number your paragraphs._

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 _____

_____

*State the <u>facts</u> of your second claim below.  Include all the facts you consider important.  Be specific about dates, times, locations, and the names of the people involved.  Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong.  If you need additional space, you may attach extra sheets.*

2.2 _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II.  Continue to number your paragraphs.*

_____

_____

_____

_____

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1 _____

_____

*State the <u>facts</u> of your third claim below.  Include all the facts you consider important.  Be specific about dates, times, locations, and the names of the people involved.  Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong.  If you need additional space, you may attach extra sheets.*

3.2 _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

_____

_____

_____

_____

## IV.    RELIEF

*State exactly what you want the Court to do for you.  For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief.  Make no legal arguments.  Cite no cases or statutes.*

_____

_____

_____

_____

## V.    SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

_____July 5, 2024_____          _____
Dated                                              Plaintiff's Signature